UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HECTOR PEREZ,<br><br>Plaintiff,<br><br>-v-<br><br>RAFITO FOOD CENTER CORP., *et al.*,<br><br>Defendants. | 26 Civ. 2393 (JPC)<br><br>ORDER |

JOHN P. CRONAN, United States District Judge:

On June 15, 2026, Plaintiff served Defendant Rafito Food Center Corp. with copies of the Summons and Complaint. Dkt. 12. On June 16, 2026, Plaintiff served Defendant Felix Omar Vargas with copies of the Summons and Complaint, Dkt. 13, and on June 20, 2026, Plaintiff served Defendant Yahayra Ramirez with copies of the Summons and Complaint. Dkt. 14. Rafito Food Center's deadline to respond to the Complaint thus was July 6, 2026, Vargas's deadline was July 7, 2026, and Ramirez's deadline was July 13, 2026. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). Those deadlines have passed, and the docket does not reflect a response to the Complaint from any Defendant. Accordingly, the Court extends *sua sponte* Defendants' deadline to respond to the Complaint until July 21, 2026. If Defendants once again fail to respond to the Complaint by their deadline to do so, Plaintiff shall seek a Certificate of Default by July 28, 2026.

Plaintiff is directed to mail a copy of this Order by First Class Mail to the addresses at which Defendants were served with the Summons and Complaint, and to file proof of service on the docket within two days of such service.

SO ORDERED.

Dated: July 14, 2026
New York, New York

JOHN P. CRONAN
United States District Judge