UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HECTOR PEREZ,<br><br>Plaintiff,<br><br>-v-<br><br>RAFITO FOOD CENTER CORP., *et al.*,<br><br>Defendants. | 26 Civ. 2393 (JPC)<br><br><u>ORDER</u> |

JOHN P. CRONAN, United States District Judge:

On July 21, 2026, the Court referred this case for mediation to the Court-annexed Mediation Program. Dkt. 22. The docket does not reflect that a mediation has yet been scheduled. By September 23, 2026, the parties shall submit a joint letter to the Court describing the status of mediation including their communications with the mediator to schedule the mediation.

SO ORDERED.

Dated: September 18, 2026
New York, New York

JOHN P. CRONAN
United States District Judge