UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HECTOR PEREZ,

Plaintiff,

-v-

RAFITO FOOD CENTER CORP., *et al.*,

Defendants.

---

26 Civ. 2393 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

The Court has been informed that, during their participation in the Court-annexed Mediation Program, the parties reached an agreement on all issues. Accordingly, it is hereby ordered that the parties shall submit any settlement requiring Court approval under *Cheeks v. Freeport Pancake House*, 796 F. 3d 199 (2d Cir. 2015), and any other necessary information, by December 16, 2026.

SO ORDERED.

Dated: November 16, 2026
New York, New York

JOHN P. CRONAN
United States District Judge